# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

PERNELL WILLIAMS,

    Plaintiff,

v.

COFFEE COUNTY, GEORGIA; DOYLE WOOTEN; KYLE SPIVEY; MIGUEL CONTRERAS; ANTHONY WHITE; JANE DOE; UNKNOWN OFFICER 1; and UNKNOWN OFFICER 2,

    Defendants.

CV 524-060

## ORDER

Before the Court is a stipulation filed by the parties who have appeared in this action.[1]  Dkt. No. 18.  Therein, the parties stipulated as follows:

1. Plaintiff's claims against Defendant Coffee County are dismissed without prejudice;

2. Plaintiff's individual and official capacity claims against Defendant Wooten are dismissed without prejudice;

3. Plaintiff's official capacity claims against Defendants Spivey and White are dismissed without prejudice;

4. Plaintiff's individual capacity claim for violation of the Equal Protection Clause against Defendant Spivey is

---

[1] Plaintiff was required to serve Defendants on or before November 21, 2025.  See Fed. R. Civ. P. 4(m).  To date, Plaintiff has failed to serve Defendant Miguel Contreras.  Indeed, no summons issued to Contreras or his estate.  Accordingly, Plaintiff has **fourteen (14) days** to show good cause why he has not effected service on Defendant Contreras.  Plaintiff's failure to do so will result in dismissal without prejudice of Plaintiff's claims against Defendant Contreras.

dismissed without prejudice, subject to Plaintiff's reservation of right to reassert the claim at a later time;

5. Plaintiff's claims are not barred by the applicable statute of limitations.

The parties further stipulate that Plaintiff's individual capacity claims against Defendants Spivey and White for wrongful death, illegal arrest, and excessive force remain pending.

In light of the parties' stipulations, Defendants' pending motion to dismiss, dkt. no. 12, and Plaintiff's motion to defer ruling, dkt. no. 16, are **DENIED as moot**. There being no claims remaining against Defendant Wooten or Coffee County, the Clerk is **DIRECTED** to terminate them as defendants in this action. Finally, in accordance with the parties' stipulation, Defendants Spivey and White shall file their answer to Plaintiff's complaint on or before Monday, July 7, 2025.

SO ORDERED, this __16__ day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA