# In the United States District Court for the Southern District of Georgia
## Waycross Division

| | |
|---|---|
| PERNELL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>COFFEE COUNTY, GEORGIA; DOYLE WOOTEN; KYLE SPIVEY; MIGUEL CONTRERAS; ANTHONY WHITE; JANE DOE; UNKNOWN OFFICER 1; and UNKNOWN OFFICER 2,<br><br>    Defendants. | CV 524-060 |

### ORDER

By Order dated June 16, 2025, the Court ordered Plaintiff "to show good cause why he has not effected service on Defendant Contreras." Dkt. No. 19 at 1 n.1. Plaintiff was warned that his "failure to do so will result in dismissal without prejudice of Plaintiff's claims against Defendant Contreras." Id. Plaintiff has filed no response to the Court's Order, and the time for doing so has passed. Accordingly, Plaintiff's claims against Defendant Contreras are **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate Contreras as a defendant in this action.

**SO ORDERED**, this 2 day of July, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA